IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROBERT A. WEASLEY,[1] | § | |
| | § | No. 231, 2018 |
| Petitioner Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Family Court |
| | § | of the State of Delaware |
| SUSAN B. WEASLEY, | § | |
| | § | File No. CS13-01743 |
| Respondent Below, | § | Pet. No. 17-02244 |
| Appellee. | § | |
| | § | |

Submitted: September 21, 2018
Decided:  September 28, 2018

### **O R D E R**

It appears to the Court that, on August 16, 2018, the Chief Deputy Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed for his failure to diligently prosecute the appeal by not filing his opening brief and appendix.  The notice was resent to the appellant on September 11, 2018.  The appellant failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

/s/  James T. Vaughn, Jr.
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).